## STATE v. HEIDMOUS

No. 419P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-32 denied 28 August 1986.

## STATE v. HUMPHRIES

No. 613P86.

Case below: 82 N.C. App. 749.

Petition by the Attorney General for writ of supersedeas and temporary stay allowed 2 October 1986 pending consideration and decision of the Attorney General's petition for discretionary review.

## STATE v. NEWTON

No. 545A86.

Case below: 82 N.C. App. 555.

Petition by Attorney General for writ of supersedeas and temporary stay dismissed 22 September 1986.

## STATE v. THOMAS

No. 434P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 28 August 1986.